IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF NEW MEXICO,

       Plaintiff,

vs.                                                                              CR-20-1481 JB

JOSHUA E. SALDANA,

       Defendant.

### ORDER GRANTING DEFENDANT SALDANA'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTIONS, CONTINUANCE OF THE TRIAL OF NOVEMBER 16, 2020

**THIS MATTER** coming before the Court on Defendant Saldana's Unopposed Motion for Extension of Time in Which to File Motions and Continue Trial of November 16, 2020, the Court having been sufficiently advised in the premises, **FINDS** that the ends of justice would be served by granting this extension and that the period of delay resulting from such extension shall be excludable from the time limitations set forth within 18 U.S.C. § 3161 (h)(7)(A).

**IT IS HEREBY ORDERED** that counsel for Defendant be granted an extension of time in which to file motions in this matter until January11, 2021, and continuance and trial of November 16, 2020 to the Court's March, 2021 trial calendar.

_____
HONORABLE JAMES O. BROWNING
United States District Judge

Approved:

Electronically filed November 2, 2020
Martin Lopez, III
Attorney for Defendant Saldana

Approved via e-mail October 30, 2020
Niki Tapia-Brito
Assistant U. S. Attorney

> After weighing the best interests of the public and of the Defendant with the ends of justice, the Court finds that granting a continuance will strike a proper balance between the ends of justice and the best interests of the public and of the Defendant for the reasons stated in the motion requesting a continuance, filed November 2, 2020 (Doc. 17). Specifically, the Defendants' need to review discovery, discuss the filing of any pre-trial motions, and to discuss possible plea negotiations with his counsel, outweighs the Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7). The Court will set the trial for __March 1, 2021__. The pretrial motion deadline is __February 1, 2021__. This _105_ day continuance is sufficient, without being greater than necessary, for the Defendant to complete the tasks set forth in the motion to continue.

11/19/20