**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE NEW MEXICO

MAY 1 7 2021

MITCHELL R. ELFERS
CLERK

UNITED STATES OF NEW MEXICO,

       Plaintiff,

vs.                                                                                    No. CR 20-1481 JB

JOSHUA E. SALDANA,

       Defendant.

<u>**ORDER GRANTING DEFENDANT SALDANA'S UNOPPOSED MOTION FOR
EXTENSION OF TIME IN WHICH TO FILE MOTIONS, CONTINUANCE OF THE
TRIAL OF APRIL 30, 2021**</u>

      **THIS MATTER** coming before the Court on Defendant Saldana's Unopposed Motion

for Extension of Time in Which to File Motions and Continue Trial of April 30, 2021, the Court

having been sufficiently advised in the premises, **FINDS** that the ends of justice would be served

by granting this extension and that the period of delay resulting from such extension shall be

excludable from the time limitations set forth within 18 U.S.C. § 3161 (h)(7)(A).

      **IT IS HEREBY ORDERED** that counsel for Defendant be granted an extension of time

in which to file motions in this matter until ___May 11, 2021___ and continuance

and trial of April 30, 2021 to the Court's June, 2021 trial calendar pending an Order Allowing

Counsel to Withdraw as Attorney for Defendant Saldana.

                                        _____
                                       UNITED STATES DISTRICT JUDGE

Approved:

<u>Electronically filed April 7, 2021</u>

Martin Lopez, III
Attorney for Defendant Saldana

Approved via e-mail April 6, 2021
Niki Tapia-Brito
Assistant U. S. Attorney

After weighing the best interests of the public and of the Defendant with the ends of justice, the Court finds that granting a continuance will strike a proper balance between the ends of justice and the best interests of the public and of the Defendant for the reasons stated in the motion requesting a continuance, filed April 7, 2021 (Doc. 22). Specifically, the Defendant's need to enable counsel to review discovery, conduct pre-trial investigation and conferences with the Defendant, and to discuss possible settlement discussions with the government, outweighs the Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7). The Court will set the trial for _June 1, 2021_.   The pretrial motion deadline is _May 11, 2021_. This ____ day continuance is sufficient, without being greater than necessary, for the Defendant to complete the tasks set forth in the motion to continue.

5/13/21